PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LAMETRA PHILLIPS, | ) | |
| | ) | CASE NO. 4:15CV01363 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| GRANT HOSPITAL, | ) | |
| | ) | **MEMORANDUM OF OPINION AND** |
| Defendant. | ) | **ORDER** [Resolving ECF Nos. 1 and 2] |

On July 9, 2015, Plaintiff *pro se* Lametra Phillips filed this action against Grant Hospital, which is located in Columbus, Ohio. ECF No. 1. Plaintiff, a resident of Columbus, Ohio, ECF No. 1-1, alleges she was mistreated by nurses at the hospital after she gave birth. *See* ECF No. 1. In particular, she alleges she was not given pain medicine, was removed from the property, and later suffered shock as a result. ECF No. 1. Plaintiff seeks $500,000.00 in damages. ECF No. 1. For the reasons stated below, the complaint is summarily dismissed.

Although *pro se* pleadings are liberally construed, *Boag v. MacDougall*, 454 U.S. 364, 365 (1982) (*per curiam*) (citing *Haines v. Kerner*, 404 U.S. 519, 520 (1972)), the district court is required to dismiss an action pursuant to 28 U.S.C. § 1915(e)(2)(B) if it fails to state a claim upon which relief can be granted, or if it lacks an arguable basis in law or fact. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). Additionally and of importance in this case, a complaint shall be dismissed when a court lacks jurisdiction.

(4:15CV01363)

Even when construing Plaintiff's complaint liberally, there are no allegations indicating a proper basis for the exercise of the Court's jurisdiction. Plaintiff does not invoke a federal statute in support of her claim, nor is there any suggestion of diversity of citizenship of the parties.[1] *See* ECF No. 1-1. Therefore, the complaint is appropriately subject to summary dismissal. *See Lowe v. Huffstutler*, 902 F.2d 1569 (6th Cir. 1990) ("[Dismissal] of [the plaintiff]'s claims was proper for lack of subject matter jurisdiction because the complaint clearly indicates that both [the plaintiff] and the [defendant] were citizens of [the same state] . . . . Thus, a *sua sponte* dismissal of [the plaintiff]'s diversity claims was appropriate even under the standard that was announced in *Neitzke*.").

Plaintiff's motion to proceed *in forma pauperis* is granted. For the reasons given above, the complaint is summarily dismissed, pursuant to § 1915(e)(2)(B). Furthermore, the Court certifies, pursuant to 28 U.S.C. §1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

October 21, 2015      */s/ Benita Y. Pearson*
Date      Benita Y. Pearson
     United States District Judge

---

[1] Because summary dismissal is appropriate, the Court will not address the questionable venue.